IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

U.S. ENERGY SCIENCES, INC., et al.,

    Plaintiffs,

v.

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,

    Defendant.

CV 616-042

**O R D E R**

Presently before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 30.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA